| | |
|---|---|
| DONALD L. MORRISON,<br>          Plaintiff,<br>V.<br>WAYNE R. MYERS, GEORGE B. CURRIN, STEPHEN A. WEST, DENNIS DUFFY, and S. KATHERINE BURNETTE,<br>          Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:15-CV-88-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 7] and DISMISSES this action against all defendants for failure to state a claim. The clerk shall close the case.

**This Judgment Filed and Entered on August 8, 2016, and Copies To:**

| | |
|---|---|
| Donald L. Morrison | Sent to 6108 Raven Run Lakeland, FL 33809 via US Mail |
| Roberto F. Ramirez | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>August 8, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>Deputy Clerk |